



APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FIRST CARIBBEAN INTERNATIONAL BANK
(CAYMAN) LTD., Plaintiff,

V.

JOSEPH PERELLI,
    Defendant.

Civil Action
No: _____ 6216

DISCLOSURE STATEMENT FORM

Please check one box:

[X] The nongovernmental corporate party, First Caribbean International Bank (Cayman) Ltd. , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

11/30/05
Date

Signature Mitchell L. Bach

Counsel for:   Plaintiff

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

NOV 30 2005